SYLVIA BROWN, INDIVIDUALLY AND AS EXECUTRIX, ESTATE OF EUNICE COLLINS NEAL v. NEIL O'TOOLE

No. 378PA93

(Filed 9 September 1994)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 111 N.C. App. 265, 434 S.E.2d 248 (1993), reversing judgment entered by Stanback, J., at the 17 August 1992 Criminal Session of Superior Court, Durham County, and remanding the matter for further proceedings. Heard in the Supreme Court 12 May 1994.

*Loflin & Loflin, by Thomas F. Loflin and Ann F. Loflin, for plaintiff-appellee.*

*Young Moore Henderson & Alvis P.A., by Walter E. Brock, Jr. and David M. Duke, for defendant-appellant.*

*Dameron & Burgin, by Charles E. Burgin, and Smith Helms Mulliss & Moore, L.L.P., by Jo Ann T. Harllee, for the North Carolina Bar Association, amicus curiae.*

PER CURIAM.

Pursuant to *Hargett v. Holland*, 337 N.C. 651, 447 S.E.2d 784 (1994), the decision of the Court of Appeals is reversed.

REVERSED.